# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 14, 2023

Lyle W. Cayce
Clerk

_____

No. 22-60556

_____

Port Arthur Community Action Network,

*Petitioner,*

*versus*

Texas Commission on Environmental Quality; Jon
Niermann, *in his official capacity as Chairperson of the Texas Commission
on Environmental Quality*,

*Respondents.*

_____

Petition from Texas Commission on Environmental Quality
Agency No. 2021-0942-AIR

_____

Before Wiener, Graves, and Douglas, *Circuit Judges.*

J U D G M E N T

This cause was considered on the petition of Port Arthur Community
Action Network for review of an order of the Texas Commission on
Environmental Quality and was argued by counsel.

IT IS ORDERED and ADJUDGED that the decision of the Texas
Commission on Environmental Quality is VACATED, and the cause is
REMANDED to the Texas Commission on Environmental Quality for
further proceedings in accordance with the opinion of this court.

No. 22-60556

IT IS FURTHER ORDERED that respondents pay to petitioner the costs on appeal to be taxed by the Clerk of this Court.