No. 22-60556

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

PORT ARTHUR COMMUNITY ACTION NETWORK,

*Petitioner*,

v.

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; and
JON NIERMANN, in his official capacity as CHAIRPERSON OF THE TEXAS
COMMISSION ON ENVIRONMENTAL QUALITY,

*Respondents*,

PORT ARTHUR LNG, LLC,

*Intervenor–Respondent.*

**PORT ARTHUR LNG AND TCEQ'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING**

Under Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rule 26.2, Intervenor–Respondent Port Arthur LNG and Respondents Texas Commission on Environmental Quality and Chairperson Jon Niermann (together "TCEQ") respectfully move the Court for a three-week extension of time, to December 19, 2023, to file petitions for rehearing in this case. Petitioner Port Arthur Community Action Network (PACAN) does not oppose this motion. This motion is made for good cause and in the interest of justice, not for delay.

In support of this motion, Port Arthur LNG and TCEQ provide the following:

1.  This case involves a petition for review of a TCEQ order granting an air permit to Port Arthur LNG. On November 14, 2023, the Court entered its judgment vacating and remanding that order to TCEQ. Under Federal Rule of Appellate Procedure 40(a)(1), a petition for rehearing of that decision would be due on November 28, 2023.

2.  Port Arthur LNG and TCEQ respectfully request a three-week extension of time, until December 19, 2023, to file petitions for rehearing. The current deadline overlaps with the upcoming Thanksgiving holiday, over which counsel have planned travel. In addition, counsel for Port Arthur LNG has the following conflicting obligations: (1) filing an amicus brief in this Court in *Van Loon v. Dep't of Treasury*, No. 23-50669, on November 20, 2023; (2) filing an opening brief in this Court in *DM Arbor Court v. City of Houston*, No. 23-20384, on November 22, 2023; and (3) assisting in the preparation for oral argument in this Court in *Texas v. EPA*, No. 23-60069, on December 4, 2023. Similarly, counsel for TCEQ has the following conflicting obligations: (1) responding to a motion for temporary relief in *Steven Wieser, et al. v. Texas Parks and Wildlife Department, et al.*, Cause No. 10-23-00361-CV, in the Court of Appeals for the Tenth District of Texas by November 21, 2023; (2) filing a reply brief in *Texas Parks and Wildlife Department v. RW Trophy Ranch, Ltd.*, Cause No. 05-23-00906-CW, in the Court

of Appeals for the Fifth District of Texas on November 27, 2023; and (3) preparing for, traveling to, and attending mediation in *State of Texas v. S. K. and Brothers, Inc., et al.*, Cause No. 2011-52524, in the 215th Judicial District Court of Harris County, Texas on November 29, 2023.

3.   This extension of time is necessary to allow Port Arthur LNG and TCEQ adequate time to prepare their petitions for rehearing. The Court's opinion raises significant and complex issues, and counsel for Port Arthur LNG (overseeing a complex, multi-faceted expansion project for an LNG facility, with several different state and federal environmental permits) and TCEQ (overseeing the permitting process implicated by the decision in this case) must coordinate and seek input from each of their clients. An extension of time would allow Port Arthur LNG and TCEQ to thoroughly assess the opinion's impact and prepare petitions for rehearing that are targeted to appropriate issues.

For these reasons, Port Arthur LNG and TCEQ respectfully request the Court grant this unopposed motion and allow them to file their petitions for rehearing on or before December 19, 2023.

| | |
|---|---|
| November 17, 2023 | Respectfully submitted, |

By: <u>/s/ Erin K. Snody</u>
    KEN PAXTON
    Attorney General of Texas

    BRENT WEBSTER
    First Assistant Attorney General

    GRANT DORFMAN
    Deputy First Assistant Attorney General

    JAMES LLOYD
    Deputy Attorney General for Civil Litigation

    KELLIE E. BILLINGS-RAY
    Chief, Environmental Protection Division

    ERIN K. SNODY
    Assistant Attorney General

    J. AMBER AHMED
    Assistant Attorney General

    Environmental Protection Division
    Office of the Attorney General
    P.O. Box 12548, MC 066
    Austin, Texas 78711-2548
    Phone: (512) 475-4019

    *Counsel for TCEQ and Jon Niermann, in his official capacity as Chairperson of TCEQ*

By: <u>/s/ Aaron M. Streett</u>
    Aaron M. Streett
    Beau Carter
    BAKER BOTTS L.L.P.
    910 Louisiana Street
    Houston, TX 77002
    Tel.: (713) 229-1855

    Derek R. McDonald
    BAKER BOTTS L.L.P.
    401 South 1st Street, Suite 1300
    Austin, TX 78704
    Tel.: (512) 322-2667

    *Counsel for Port Arthur LNG, LLC*

**CERTIFICATE OF COMPLIANCE**

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 520 words.

2. This motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in Times New Roman font, size 14.

*/s/ Aaron M. Streett*
Aaron M. Streett

**CERTIFICATE OF SERVICE**

On November 17, 2023, a true and correct copy of the foregoing was filed with the electronic case filing (ECF) system of the U.S. Court of Appeals for the Fifth Circuit, which currently provides electronic service on all counsel of record.

*/s/ Aaron M. Streett*
Aaron M. Streett