## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 20, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-60556   Port Arthur Cmty Actn Netwk v. TCEQ
                         Agency No. 2021-0942-AIR

The court has granted an extension of time to and including December 19, 2023, for filing a petition for rehearing in this case.

You are reminded that we must actually receive any petition for rehearing in this office by the due date.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Shea E. Pertuit, Deputy Clerk
                                    504-310-7666

Ms. Jessica Amber Ahmed
Ms. Natasha Bahri
Mr. Christopher Beau Carter
Mr. Colin Cox
Ms. Amy Catherine Dinn
Mr. Derek Raymond McDonald
Mr. Chase Porter
Ms. Erin Kathleen Snody
Mr. Aaron Michael Streett