# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 29, 2024

Ms. Amy Catherine Dinn
Lone Star Legal Aid
1415 Fannin Street
Houston, TX 77002-0000

    No. 22-60556    Port Arthur Cmty Actn Netwk v. TCEQ
                           USDC No. 2021-0942-AIR

Dear Ms. Dinn,

We received your response to petition for panel rehearing. In light of the court requested a response to the petitions for rehearing en banc, we are taking no action on your response to the petition for panel rehearing.

Your response to the petitions for rehearing en banc is before the court.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Majella A. Sutton, Deputy Clerk
                           504-310-7680

cc:
    Ms. Jessica Amber Ahmed
    Ms. Natasha Bahri
    Mr. Toby Baker
    Mr. Christopher Beau Carter
    Mr. Z.W. Julius Chen
    Mr. Colin Cox
    Ms. Caroline Crow
    Mr. Trevor W. Ezell
    Mr. Derek Raymond McDonald
    Mr. Aaron Lloyd Nielson
    Ms. Lanora Christine Pettit

Mr. Chase Porter
Ms. Erin Kathleen Snody
Mr. Aaron Michael Streett
Mr. Michael Weisbuch