# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 06, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-60556   Port Arthur Cmty Actn Netwk v. TCEQ  
                     Agency No. 2021-0942-AIR

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Majella A. Sutton, Deputy Clerk  
504-310-7680

Ms. Jessica Amber Ahmed  
Ms. Natasha Bahri  
Mr. Toby Baker  
Mr. Christopher Beau Carter  
Mr. Z.W. Julius Chen  
Mr. Colin Cox  
Ms. Caroline Crow  
Ms. Amy Catherine Dinn  
Mr. Trevor W. Ezell  
Mr. Derek Raymond McDonald  
Mr. Aaron Lloyd Nielson  
Ms. Lanora Christine Pettit  
Mr. Chase Porter  
Ms. Erin Kathleen Snody  
Mr. Aaron Michael Streett  
Mr. Michael Weisbuch