_____

No. 22-60556
_____

Port Arthur Community Action Network,

*Petitioner,*

*versus*

Texas Commission on Environmental Quality; Jon Niermann, *in his official capacity as Chairperson of the Texas Commission on Environmental Quality*,

*Respondents.*

_____

Petition for Review from an Order of the
Civil Aeronautics Board
Agency No. 2021-0942-AIR

_____

ORDER:

The order withholding issuance of the mandate in this appeal is VACATED.


LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT