

# THE SUPREME COURT OF TEXAS
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

Friday, August 2, 2024

Ms. Amy Catherine Dinn
Lone Star Legal Aid
1415 Fannin St Ste 300
Houston, TX 77002
* DELIVERED VIA E-MAIL *

Ms. J. Amber Ahmed
Office of the Attorney General of Texas
P.O. Box 12548, MC-066
Austin, TX 78711-2548
* DELIVERED VIA E-MAIL *

RE: Case Number: 24-0116
Court of Appeals Number: U.S. Fifth Circuit 22-60556
Trial Court Number:

Style: PORT ARTHUR COMMUNITY ACTION NETWORK
v.
TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; JON NIERMANN, IN HIS OFFICIAL CAPACITY AS CHAIRPERSON OF THE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

Dear Counsel:

Today the Supreme Court of Texas reset the cause for oral submission on **Wednesday, October 2, 2024**.

Each side has been allotted **twenty (20) minutes** for oral argument. TEX. R. APP. P. No. 59. Oral argument will be held at our location in the SUPREME COURT BUILDING at 201 W. 14th Street (corner of 14th & Colorado). The Courtroom is located on the First Floor. The Clerk's Office is also located on the First Floor, Room No. 104.

<u>Oral arguments begin at 9:00 a.m.</u> Cases will be called in the order they are listed on the submission schedules, which are posted on the Court's website on Friday the week before the arguments. Each argument usually lasts about forty minutes, with a ten-minute break between each argument. You should be present in the courtroom at least ten minutes prior to your oral argument. Prior to your argument, the State Law Library will have space available for you to wait in if you do not wish to wait in the courtroom. A video monitor is available in the foyer outside the courtroom to allow you to monitor the progress of oral arguments.



# THE SUPREME COURT OF TEXAS
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

---

**PLEASE NOTE** it is the responsibility of the attorneys to determine who will present argument and how the allotted time will be shared. Please remember that each side, not each party, has been allotted twenty minutes for argument. Except with prior permission from the Court, only two attorneys may present argument for each side. TEX. R. APP. P. 59.5. If cross-petitions were filed, the first to file will be considered the petitioner for purposes of oral argument.

All attorneys must file the Oral Argument Submission Form through the eFileTexas.gov electronic filing system. The Oral Argument Submission Form is located at http://www.txcourts.gov/media/1436031/oral-argument-submission-form-copy.pdf.

Please indicate on the Oral Argument Submission Form **only the attorney/s who will present oral argument**, and e-file the form no later than ten business days prior to your oral argument.

Petitioner(s) is assessed a $75.00 fee for the submission and oral argument of the petition that will be collected when the form is e-filed.

Oral argument exhibits must be e-filed no later than 3:00 p.m. the day before the oral argument. There is a $25.00 fee for oral argument exhibits, which must be paid through the e-filing system. You must deliver eleven printed copies of the file-stamped oral argument exhibit to the Clerk's Office no later than 8:30 a.m. on the day of the oral argument.

Sincerely,

Blake A. Hawthorne, Clerk

by Monica Zamarripa, Deputy Clerk

cc: Mr. Christopher Carter (DELIVERED VIA E-MAIL)
     Mr. Derek R. McDonald (DELIVERED VIA E-MAIL)
     Ms. Erin Snody (DELIVERED VIA E-MAIL)
     Lauren Thomson (DELIVERED VIA E-MAIL)
     Mr. Chase Porter (DELIVERED VIA E-MAIL)
     Ms. Caroline Crow (DELIVERED VIA E-MAIL)



# THE SUPREME COURT OF TEXAS

Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

FILE COPY

Trevor W. Ezell (DELIVERED VIA E-MAIL)
Z.W. Julius Chen (DELIVERED VIA E-MAIL)
Mr. Lyle Cayce (DELIVERED VIA E-MAIL)
Michael Weisbuch (DELIVERED VIA E-MAIL)
Ms. Lanora C. Pettit (DELIVERED VIA E-MAIL)
Ilan M Levin (DELIVERED VIA E-MAIL)
Mr. Aaron M. Streett (DELIVERED VIA E-MAIL)