

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Aaron L. Nielson
Solicitor General

(512) 936-2834
Aaron.Nielson@oag.texas.gov

February 21, 2025

**Via CM/ECF**
Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit

    Re:    No. 22-60556; *Port Arthur Community Action Network v. TCEQ*

Dear Mr. Cayce:

  I am writing to advise the Court that Lanora C. Pettit has left employment with the Office of the Attorney General. Solicitor General, Aaron L. Nielson, will remain as lead counsel.

                         Respectfully submitted.

                         /s/ Aaron L. Nielson

                         Aaron L. Nielson
                         Solicitor General

cc: all counsel of record (via E-file)