# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 16, 2024

Hon. Blake A. Hawthorne, Clerk
Supreme Court of Texas
Supreme Court Building
201 West 14th
Room 104
Austin, TX  78701

   No. 22-60556   Port Arthur Cmty Actn Netwk v. TCEQ
                  Agency No. 2021-0942-AIR

Dear Hon. Hawthorne,

The Fifth Circuit certified a question of law to the Supreme Court of in connection with the referenced appeal.

Any additional documents can be obtained via Pacer.gov.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Christina A. Gardner, Deputy Clerk
                                        504-310-7684

Enclosure(s)

cc and copy of opinion to:
    Mr. Blake A. Hawthorne
    Ms. Jessica Amber Ahmed
    Ms. Natasha Bahri
    Mr. Toby Baker
    Mr. Christopher Beau Carter
    Mr. Z.W. Julius Chen
    Mr. Colin Cox
    Ms. Caroline Crow
    Ms. Amy Catherine Dinn
    Mr. Trevor W. Ezell
    Mr. Derek Raymond McDonald
    Mr. Aaron Lloyd Nielson
    Ms. Lanora Christine Pettit
    Mr. Chase Porter
    Ms. Erin Kathleen Snody
    Mr. Aaron Michael Streett
    Mr. Michael Weisbuch